**WARRANT FOR ARREST**

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET **06 - 345**   MAGIS. NO: |
| v. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED |
| LARRY A. VARNER | Larry A. Varner **FILED** |
| | DEC 0 7 2006 |
| DOB:          PDID: | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF:     INDICTMENT | DISTRICT OF ARREST |
| TO:     ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

WIRE FRAUD;

THEFT FROM A PROGRAM RECEIVING FEDERAL FUNDS;

BANK FRAUD;

CRIMINAL FORFEITURE

**IN VIOLATION OF:**     UNITED STATES CODE TITLE & SECTION:
18:1343; 18:666; 18:1344; and 21:853

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: |
|---|---|---|
| MAGISTRATE JUDGE KAY | U.S. MAGISTRATE JUDGE ALAN KAY | 11/30/06 |
| CLERK OF COURT: | BY DEPUTY CLERK: | DATE: |
| Nancy Mayer-Whittington | | 11/30/06 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | *John M. Long* CI /DUSM    USMS | *John M. Long* |
| HIDTA CASE:    Yes       No   X | | OCDETF CASE:       Yes       No   X |

347794