WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO: **06-345** | MAGIS. NO: |
|---|---|---|

| V. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED |
|---|---|
| LARRY A. VARNER | Larry A. Varner |

**FILED**

| DOB: | PDID: | |
|---|---|---|
| WARRANT ISSUED ON THE BASIS OF: | INDICTMENT | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

**FILED**

DEC 0 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

THEFT FROM A PROGRAM RECEIVING FEDERAL FUNDS;

BANK FRAUD;

CRIMINAL FORFEITURE

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: |
|---|---|
| | 18:666; 18:1344; and 21:982(a)(2)(A) and (a)(3) |

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: |
|---|---|---|
| MAGISTRATE JUDGE FACCIOLA | U.S. MAGISTRATE JUDGE FACCIOLA | 12/5/06 |
| CLERK OF COURT: | BY DEPUTY CLERK: | DATE: |
| Nancy Mayer-Whittington | | 12/5/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 12-7-06 | DAVID BALDWIN 5 DUSM | |
| HIDTA CASE: Yes No X | | OCDETF CASE: Yes No X |