IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 06-345** |
| | : | |
| **v.** | : | |
| | : | |
| **LARRY A. VARNER,** | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**GOVERNMENT'S UNOPPOSED MOTION
TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to exclude the Speedy Trial Act from January 11, 2007 through the next court date, on March 16, 2007.  In support of this request, the United States relies on the following points and authorities and such other points and authorities as may be cited at a hearing on this motion.

1. At an earlier status hearing, on December 21, 2006, the Court suspended the Speedy Trial Act, in the interests of justice, until the next scheduled hearing on January 11, 2007.  However, the hearing on January 11th had to be cancelled by the Court on that date because the U.S. Marshal Service could not provide deputies to appear in court during the hearing.  The hearing has been rescheduled for March 16, 2007.

2. Although the parties did not appear in Court on January 11th, they have been negotiating and the defendant is currently considering a plea offer that has been extended by the government. The parties believe that the ends of justice will be served by suspending the Speedy Trial Act to permit the defendant to consider the outstanding plea offer, and that the defendant's and the public's

interest in a speedy trial are outweighed by the defendant's interest in having time to consider whether to accept the plea offer.

    3. The undersigned AUSA has spoken to the defendant's attorney, Tony Miles, Esq., and Mr. Miles has authorized the government to represent that he does not oppose this motion to suspend the Speedy Trial Act from January 11, 2007 through March 16, 2007.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney

By: _____
    Frederick Yette, DC Bar # 385391
    Assistant U.S. Attorney
    Federal Major Crimes Section
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 353-1666
    Frederick.Yette@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO.: 06-345 |
| | : |
| v. | : |
| | : |
| **LARRY A. VARNER,** | : |
| | : |
| Defendant. | : |
| | : |
| | : |

**ORDER**

Upon consideration of the government's unopposed motion to suspend the Speedy Trial Act from January 11, 2007 through March 16, 2007, and for good cause shown, the Court hereby makes the following findings:

1. Additional time is necessary for the defendant to consider the government's plea offer.

2. Based on the foregoing, the Court finds that the tolling of the Speedy Trial Act, from January 11, 2007 through March 16, 2007, serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial.

THEREFORE, it is this _____ day of February, 2007, hereby

ORDERED that, in accordance with 18 U.S.C. §§ 3161 (h)(8)(A), the period from January 11, 2007 through March 16, 2007, shall be excluded from the computation of time within which to commence trial.

_____
ROSEMARY M. COLLYER
JUDGE, UNITED STATES DISTRICT COURT