IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 06-345 |
| v. | : |
| LARRY A. VARNER, | : **FILED** |
| Defendant. | : FEB 1 4 2007 |
| | : NANCY MAYER WHITTINGTON, CLERK |
| | : U.S. DISTRICT COURT |

## ORDER

Upon consideration of the government's unopposed motion to suspend the Speedy Trial Act from January 11, 2007 through March 16, 2007, and for good cause shown, the Court hereby makes the following findings:

1. Additional time is necessary for the defendant to consider the government's plea offer.

2. Based on the foregoing, the Court finds that the tolling of the Speedy Trial Act, from January 11, 2007 through March 16, 2007, serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial.

THEREFORE, it is this _13th_ day of February, 2007, hereby

ORDERED that, in accordance with 18 U.S.C. §§ 3161 (h)(8)(A), the period from January 11, 2007 through March 16, 2007, shall be excluded from the computation of time within which to commence trial.

_____
ROSEMARY M. COLLYER
JUDGE, UNITED STATES DISTRICT COURT