IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 06-345 (RMC) |
| v. | : **FILED** |
| LARRY A. VARNER, | : APR 2 0 2007 |
| Defendant. | : NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT |

**FACTUAL PROFFER
IN SUPPORT OF GUILTY PLEA**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that on or about July 5, 2005, defendant Larry A. Varner (hereinafter, "VARNER" or "defendant") committed the offense of Theft from a Program Receiving Federal Funds, in violation of 18 U.S.C. § 666.

At all relevant times, VARNER was employed as a paralegal in the General Counsel's Office of Howard University, located at 2400 6th Street, NW, Washington, D.C. The General Counsel's Office is responsible for the litigation and settlement of civil claims against Howard University and the Howard University Hospital (the "Hospital"). The Hospital is an organization that received more than $10,000 in federal grant funds during a continuous one year period, including during the period of this offense; that is, from October 1, 2004 through September 30, 2005. The Hospital also is a self insured institution.

During the litigation and settlement process involving the Hospital, the General Counsel's Office is responsible for obtaining a signed settlement agreement and release from the claimant, and for issuing a letter to the Hospital's Administrative Officer requesting the release of funds for settlement. Based on the request by the General Counsel's Office, the Hospital's Administrative Officer authorizes a check to be drawn on the Howard University trust account maintained for issuing settlement disbursements. Howard University holds its trust account with SunTrust Bank, located at 1445 New York Avenue, N.W., Washington, D.C. SunTrust Bank is insured by the Federal Deposit Insurance Corporation (FDIC).

In or about July 2004, a patient identified herein as "JB" was treated at Howard University Hospital. After JB was treated, JB filed a lawsuit against the Hospital. On or about June 30, 2005, VARNER drafted a letter (hereinafter referred to as the "request letter") to the Administrative Officer of the Hospital, dated June 30, 2005, requesting that a $30,000 payment be made to the firm "Call for Justice" as settlement for the claim filed by JB. VARNER prepared the request letter without the knowledge, approval or authority of the General Counsel's Office. The request letter appeared to be initialed by the Deputy General Counsel and the Senior Associate General Counsel of Howard University, as required by policy; however, the defendant had forged both sets of initials. VARNER hand delivered the request letter to the Hospital's Administrative Office, located at 2041 Georgia Avenue, NW, Washington D.C., and left it with a receptionist.

The request letter was accompanied by a confidential settlement agreement and release that contained the forged signature of the Senior Associate General Counsel for Howard University and the forged signature of the claimant, JB. The defendant had forged both signatures. The Hospital's Administrative Officer received the fake request letter and settlement documents. After reviewing

the request letter, the Administrative Officer noticed that the format was incorrect and in need of revision. The Administrative Officer then called VARNER using the telephone number that VARNER had provided on the request letter. During a telephone conversation with VARNER, the Administrative Officer described the changes needed in the request letter and VARNER agreed to complete them. Shortly thereafter, VARNER delivered the corrected request letter to the Administrative Officer.

Based on the corrected request letter, on or about July 1, 2005, the Administrative Officer caused a letter to be faxed to SunTrust Bank requesting that a $30,000 check be drawn against the trust account and made payable to "Call for Justice P.S." On or about July 5, 2005, SunTrust Bank issued the check as requested, and delivered the check to the Hospital so that VARNER could pick it up.

On or about July 8, 2005, VARNER deposited the $30,000 check into an account held at a Chevy Chase Bank in Laurel, Maryland, held under the name "Call For Justice, P.S." Chevy Chase Bank records for the "Call for Justice P.S." account show that VARNER opened the account on March 7, 2005, and that he is the sole account holder and authorized signatory on the account.

After VARNER deposited the $30,000 check into his "Call for Justice P.S." bank account, he made a series of fund transfers from that account into a bank account he held jointly with his wife. Those transfers included an $11,000 transfer on July 11, 2005, and a $5,000 transfer on July 25, 2005. According to database records reflecting Maryland real property sales, on July 29, 2005, the

defendant and his wife purchased a home in Upper Marlboro, Maryland, for $472,100. VARNER used the $30,000 he fraudulently obtained from the Howard University Hospital to assist in the purchase of his home in Upper Marlboro, Maryland.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
FREDERICK W. YETTE
Assistant United States Attorney
D.C. Bar No. #385391
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 353-1666
Frederick.Yette@usdoj.gov

### Defendant's Acceptance of Factual Proffer

I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

04/20/2007                                    _____
Date                                           Larry A. Varner

4

## Defense Counsel's Acknowledgment

I am Larry A. Varner's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

_____ 4/20/07                        _____
Date                                     Tony Miles, Esq.