IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO.: 06-345 (RMC) |
| v. | : |
| **LARRY A. VARNER,** | : **FILED** |
| Defendant. | : APR 2 0 2007 |
| | : NANCY MAYER WHITTINGTON, CLERK |
| | : U.S. DISTRICT COURT |

## CONSENT ORDER OF FORFEITURE

WHEREAS, a written plea agreement was filed with this Court and signed by defendant LARRY A. VARNER and his counsel, Tony Miles, Esquire, in which defendant VARNER agreed to plead guilty to a felony violation, that is, Theft from a Program Receiving Federal Funds, in violation of Title 18, United States Code, Section 666;

WHEREAS, the Indictment also alleged the forfeiture of certain property, which property is subject to forfeiture, pursuant to Title 28, United States Code, Section 2461(c) (incorporating Title 18, United States Code, Section 981(a)(1)(C)), as property constituting, derived from, or traceable to proceeds obtained from the commission of the offense set forth above;

WHEREAS, in his plea agreement, the defendant expressly agreed and consented to the entry of an Order of Forfeiture, under Fed.R.Crim.P. 32.2(b), which concerns property subject to forfeiture, that is, $30,000 in U.S. currency, pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C), as property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of the Theft from a Program Receiving Federal Funds offense, and;

WHEREAS, this Court has determined, based on the evidence set forth during the defendant's guilty plea, that the $30,000 in U.S. currency is subject to forfeiture pursuant to Title 28, United States Code, Section 2461(c)'s incorporation of Title 18, United States Code, Section 981(a)(1)(C), and that the Government has established the requisite nexus between such property and violation of Title 18, United States Code, Section 666;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the following property is declared forfeited to the United States, pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C):

> MONEY JUDGEMENT:
>
> $30,000, which constitutes the amount of proceeds defendant derived from the Theft from a Program Receiving Federal Funds offense.

2. That upon entry of this Order, the United States Attorney is authorized to conduct any discovery proper in identifying, locating or disposing of the property subject to forfeiture, or substitute assets, in accordance with Fed.R.Crim.P. 32.2(b)(3).

3. Pursuant to Fed.R.Crim.P. 32.2(b)(3), this Consent Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed.R.Crim.P. 32.2(e).

5. The Clerk of the Court shall forward four certified copies of this Order to Assistant United States Attorney Frederick Yette, United States Attorney's Office, 555 Fourth Street, NW, Washington, DC 20530.

Dated this 20th day of April, 2007.

/s/ Rosemary M. Collyer
UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

JEFFREY A. TAYLOR. (DC Bar. No. 498610)
United States Attorney

By: /s/
Frederick Yette (DC Bar No. 385391)
Assistant United States Attorney
Federal Major Crimes Section
U.S. Attorney's Office
555 Fourth Street, N.W.
Washington, DC 20530
(202) 514-6968

/s/
Larry A. Varner
Defendant

/s/
Tony Miles, Esquire
Counsel for Mr. Varner