HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Larry A. Varner                Docket No.: CR 06-345

FILED
OCT - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:    DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that **Larry A. Varner** having been sentenced, on August 24, 2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __FCI Fort Worth__, in __Fort Worth, TX__ by 2 p.m., on __October 18, 2007__.

_9 Oct 2007_
Date

_/s/ Rosemary M. Collyer_
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_/s/_
**ATTORNEY/U.S. PROBATION OFFICER**

_/s/_
**DEFENDANT**

Revised 6-2004